```
WILLIE EARL EDWARD              FINEDAY FUNDS                   SECURITY FINANCE
P.O. BOX 58                     P.O. BOX 457                    ATTN: BANKRUPTCY
PORT GIBSON, MS 39150           KESHENA, WI 54135               PO BOX 3146
                                                                SPARTANBURG, SC 29304


THOMAS C. ROLLINS, JR.          FIRST PREMIER BANK              SPEEDY CASH
THE ROLLINS LAW FIRM, PLLC      3820 N LOUISE AVE               2312 TRINITY MILL RD
P.O. BOX 13767                  SIOUX FALLS, SD 57107           SUITE 100
JACKSON, MS 39236                                               CARROLLTON, TX 75006


1ST FRANKLIN                    GENESIS FS CARD SERV            SPOT LOANS
124 MARKET PLACE                ATTN: BANKRUPTCY                PO BOX 720
HAZLEHURST, MS 39083            PO BOX 4477                     BELCOURT, ND 58316
                                BEAVERTON, OR 97076


ADVANCE AMERICA                 HAZELHURST FINANCIAL            TODAY CASH
2314 IOWA BLVD                  256 CALDWELD DR                 P.O. BOX 808
STE 200                         HAZLEHURST, MS 39083            KESHENA, WI 54135
VICKSBURG, MS 39180


ASPIRE CREDIT CARD              HEIGHTS FINANCE HOLD            WORLD FINANCE CORP
ATTN: BANKRUPTCY                ATTN: BANKRUPTCY                P.O.BOX 6429
PO BOX 105555                   PO BOX1947                      GREENVILLE, SC 29606
ATLANTA, GA 30348               GREENVILLE, SC 29601


CRANE FINANCIAL                 LENDUMO
P.O. BOX 477                    P.O. BOX 542
KESHENA, WI 54135               LAC DU FLAMBE, WI 54538


CREDIT ONE                      MERRICK BANK CORP
PO BOX 98872                    PO BOX 9201
LAS VEGAS, NV 89193             OLD BETHPAGE, NY 11804


EDFINANCIAL SERVICES L          MONEY KEY
120 N SEVEN OAKS DRIVE          1000 N. WEST ST
KNOXVILLE, TN 37922             STE 1200
                                WILMINGTON, DE 19801


FAMILY CHOICE FINANCIA          NETCREDIT
710 BROOKWAY BLVD               ATTN: BANKRUPTCY
BROOKHAVEN, MS 39601            175 W. JACKSON BLVD
                                STE 100
                                CHICAGO, IL 60604
```