(5/23/2025)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
    Willie Earl Edward,                                     CASE NO. 25-01545-KMS

                                                                         **CHAPTER 13**

**To:**   Shannon Johnson, Bankruptcy Specialist   **cc:**   First Premier Bank
         Jefferson Capital Systems, LLC                           Jefferson Capital Systems, LLC
         200 14th Avenue E                                            PO Box 7999
         Sartell, MN 56377                                            St. Cloud, MN 56302-9617

         Jefferson Capital Systems, LLC
         PO Box 7999
         St. Cloud, MN 56302-9617

## Notice

     The *Amended Proof of Claim* (**Claim 11-2**) filed by Shannon Johnson, Bankruptcy Specialist with Jefferson Capital Systems, LLC, on August 13, 2025, has Jefferson Capital Systems, LLC as the current creditor (Claim Owner). Please be advised that the Claim Owner for **Claim 11-2** is First Premier Bank. To change the owner of a proof of claim requires the filing of a Transfer of Claim (Official Form 210A or 210B).

     Please be advised that the Claim Owner for **Claim 11-2** remains Heights Finance pending filing a proper and formal Transfer of Claim (Official Forms 210A or 210B) with the court.

Date:  June 27, 2025                                         Danny L. Miller, Clerk of Court
                                                                  Dan M. Russell, Jr. U. S. Courthouse
                                                                  2012 15th Street, Suite 244
                                                                  Gulfport, MS 39501
                                                                  228-563-1790