UNITED STATES BANKRUPTCY COURT
FOR SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

| | |
|---|---|
| Willie E  Edward | CHAPTER: 13 |
| PO BOX 58 | CASE NUMBER: 25-01545 |
| Port Gibson, MS 39150 | CLAIM AMOUNT: $1043.09 |

Debtors.

_____

## **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 8/12/2025, in the amount of $1043.09.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 15th day of August, 2025.

Jefferson Capital Systems LLC

By: /s/ Rhonda Pratt_____
Rhonda Pratt   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Willie E Edward<br>PO BOX 58<br>Port Gibson, MS 39150 |
| Debtor's Attorney: | Thomas Carl Rollins Jr<br>PO BOX 13767<br>Jackson, MS 39236 |
| Chapter 13 Trustee: | David Rawlings<br>PO Box 566<br>Hattiesburg, MS 39401 |

by submitting electronically with the court.

This 15th day of August, 2025.

Jefferson Capital Systems LLC

By: /s/ Rhonda Pratt
Rhonda Pratt  Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314