_____



**SO ORDERED,**

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: August 15, 2025

_____
The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: WILLIE EARL EDWARD**                              Bankruptcy No. 25-01545-KMS

### AGREED ORDER

THIS MATTER came on before the Court on the Objection to Confirmation (Docket No.16) filed by Family Choice Financial Inc. - Brookhaven Branch ("Family Choice"),and parties having announced agreement as to the disputed issues between them, the Court does hereby sustain the Objection and Orders as follows:

The Debtor's plan shall be and is hereby amended to pay Family Choice $1,200.00 plus 10% interest for its secured claim over the plan term. The remaining $840.91 is to be treated as general unsecured claim. ( Claim #12 )

That the Chapter 13 Trustee shall amend Debtor's wage order as needed to comply with the terms of this Order.

### ## END OF ORDER ##

**SUBMITTED BY:**                                          **AGREED AND APPROVED**:

*/s/ B. Joey Hood, II*                                     */s/ Thomas Carl Rollins, Jr.* *(with permission)*
B. Joey Hood, II                                           Thomas Carl Rollins, Jr.
Attorney for Creditor                                      Attorney for Debtor
Post Office Box 759 / 33 E Quinn Street
Ackerman, MS 39735
Telephone (662) 285-4663                                          /s/ Brian Wilson, Atty for
notices@jhoodlaw.com                                       _____
MBN: 101147                                                David Rawlings
                                                           Chapter 13 Trustee