United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-01545-KMS
Willie Earl Edward     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3    User: mssbad    Page 1 of 2
Date Rcvd: Aug 14, 2025    Form ID: pdf012    Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2025 19:35:00 | Shannon Johnson, Bankruptcy Specialist, Jefferson Capital Systems, LLC, 200 14th Avenue E, Sartell, MN 56377-4500 |
| 5545315 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2025 19:35:00 | First Premier Bank, Jefferson Capital Systems, LLC, PO Bos 7999, St. Cloud MN 56302-7999 |
| 5543572 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 14 2025 19:35:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025     Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:

**Name**     **Email Address**

B. Joey Hood, II
    on behalf of Creditor Family Choice Financial Inc. cynthiah@jhoodlaw.com notices@jhoodlaw.com

B. Joey Hood, II
    on behalf of Creditor Committee Family Choice Financial Inc. -Brookhaven Branch cynthiah@jhoodlaw.com notices@jhoodlaw.com

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Aug 14, 2025 | Form ID: pdf012 | Total Noticed: 3 |

David Rawlings
    ecfnotices@rawlings13.net sduncan@rawlings13.net

Thomas Carl Rollins, Jr
    on behalf of Debtor Willie Earl Edward trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

(5/23/2025)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

    Willie Earl Edward,                               CASE NO. 25-01545-KMS

                                                                                              **CHAPTER 13**

| | | | |
|---|---|---|---|
| **To:** | Shannon Johnson, Bankruptcy Specialist<br>Jefferson Capital Systems, LLC<br>200 14th Avenue E<br>Sartell, MN 56377 | **cc:** | First Premier Bank<br>Jefferson Capital Systems, LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 |
| | Jefferson Capital Systems, LLC<br>PO Box 7999<br>St. Cloud, MN 56302-9617 | | |

## Notice

    The _Amended Proof of Claim_ (**Claim 11-2**) filed by Shannon Johnson, Bankruptcy Specialist with Jefferson Capital Systems, LLC, on August 13, 2025, has Jefferson Capital Systems, LLC as the current creditor (Claim Owner). Please be advised that the Claim Owner for **Claim 11-2** is First Premier Bank. To change the owner of a proof of claim requires the filing of a Transfer of Claim (Official Form 210A or 210B).

    Please be advised that the Claim Owner for **Claim 11-2** remains Heights Finance pending filing a proper and formal Transfer of Claim (Official Forms 210A or 210B) with the court.

Date:  June 27, 2025                                       Danny L. Miller, Clerk of Court
                                                                       Dan M. Russell, Jr. U. S. Courthouse
                                                                            2012 15th Street, Suite 244
                                                                             Gulfport, MS 39501
                                                                             228-563-1790