United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-01545-KMS

Willie Earl Edward     Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2

Date Rcvd: Aug 15, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Willie Earl Edward, P.O. Box 58, Port Gibson, MS 39150-0058 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. cynthiah@jhoodlaw.com notices@jhoodlaw.com |
| B. Joey Hood, II | on behalf of Creditor Committee Family Choice Financial Inc. -Brookhaven Branch cynthiah@jhoodlaw.com notices@jhoodlaw.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Willie Earl Edward trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-3      User: mssbad      Page 2 of 2
Date Rcvd: Aug 15, 2025      Form ID: pdf012      Total Noticed: 1
TOTAL: 5

_____



     **SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 15, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE: WILLIE EARL EDWARD**               **Bankruptcy No. 25-01545-KMS**

### AGREED ORDER

THIS MATTER came on before the Court on the Objection to Confirmation (Docket No.16) filed by Family Choice Financial Inc. - Brookhaven Branch ("Family Choice"), and parties having announced agreement as to the disputed issues between them, the Court does hereby sustain the Objection and Orders as follows:

The Debtor's plan shall be and is hereby amended to pay Family Choice $1,200.00 plus 10% interest for its secured claim over the plan term. The remaining $840.91 is to be treated as general unsecured claim. ( Claim #12 )

That the Chapter 13 Trustee shall amend Debtor's wage order as needed to comply with the terms of this Order.

### ## END OF ORDER ##

**SUBMITTED BY:**                                    **AGREED AND APPROVED:**

*/s/ B. Joey Hood, II*                               */s/ Thomas Carl Rollins, Jr.* *(with permission)*
B. Joey Hood, II                                     Thomas Carl Rollins, Jr.
Attorney for Creditor                                Attorney for Debtor
Post Office Box 759 / 33 E Quinn Street
Ackerman, MS 39735
Telephone (662) 285-4663                             _____/s/ Brian Wilson, Atty for_____
notices@jhoodlaw.com                                 David Rawlings
MBN: 101147                                          Chapter 13 Trustee