# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Willie Earl Edward, Debtor                    Case No. 25-01545-KMS
                                                       **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to Modify the plan, or if you want the court to consider your views on the Plan, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Plan and may enter an order granting that relief, which shall confirm this Modified Plan.

Date: August 18, 2025        Signature:   /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          Jennifer Ann Curry Calvillo (MSBN 104367)
                                          The Rollins Law Firm, PLLC
                                          P.O. Box 13767
                                          Jackson, MS 39236

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Willie Earl Edward** <br> Full Name (First, Middle, Last) | |
| Debtor 2 <br> (Spouse, if filing) | Full Name (First, Middle, Last) | |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** | ✓ Check if this is an amended plan, and list below the sections of the plan that have been changed. |
| Case number: <br> (If known) | **25-01545** | **3.2, 3.5, 5.1** |

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance         12/17

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ✓ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ✓ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☐ Included | ✓ Not Included |

## Part 2: Plan Payments and Length of Plan

**2.1   Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2   Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$775.38**__ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ✓ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**Claiborne County Board of Supervisors**
**PO Box 689**
**Port Gibson MS 39150-0000**

| Debtor | **Willie Earl Edward** | Case number | **25-01545** |
|---|---|---|---|

Joint Debtor shall pay _____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

**2.3    Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*

☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**Part 3:    Treatment of Secured Claims**

**3.1    Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply*.

☑ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced*.
Insert additional claims as needed.

**3.2    Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*.

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
***The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.***

☑ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| ***Family Choice Financia | $2,040.91 | Air compressor, Lawn mower, guns | $1,200.00 | $1,200.00 | 10.00% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| Heights Finance Hold | $10,799.00 | 2015 Chevrolet Silverado 1500 130,335 miles | $18,866.00 | $10,799.00 | 10.00% |

| Debtor | Willie Earl Edward | Case number | 25-01545 |
|---|---|---|---|

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning month |
|---|---|---|---|
| -NONE- | | | |

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

For vehicles identified in § 3.2: The current mileage is _____

**3.3    Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*
- [✔] **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4    Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*
- [✔] **None**. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5    Surrender of collateral.**

*Check one.*
- [ ] **None**. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
- [✔] The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| 1st Franklin | Household Goods |
| Security Finance | Household Goods |
| World Finance Corp | Household Goods |

*Insert additional claims as needed.*

## Part 4:   Treatment of Fees and Priority Claims

**4.1    General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2    Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3    Attorney's fees.**

- [✔] No look fee:  **4,600.00**

| | |
|---|---|
| Total attorney fee charged: | $**4,600.00** |
| Attorney fee previously paid: | $**272.00** |
| Attorney fee to be paid in plan per confirmation order: | $**4,328.00** |

- [ ] Hourly fee: $_____.  (Subject to approval of Fee Application.)

**4.4    Priority claims other than attorney's fees and those treated in § 4.5.**

Debtor   **Willie Earl Edward**   Case number   **25-01545**

*Check one.*
- ✓ **None**. If "None" is checked, the rest of § 4.4 need not be completed or reproduced.

**4.5   Domestic support obligations.**

- ✓ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

| Part 5: | **Treatment of Nonpriority Unsecured Claims** |

**5.1   Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*
- ✓ The sum of $ **73,615.21**
- ☐ ____% of the total amount of these claims, an estimated payment of $____
- ✓ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**1,266.75** Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**5.2   Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

- ✓ **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

| Part 6: | **Executory Contracts and Unexpired Leases** |

**6.1   The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

- ✓ **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

| Part 7: | **Vesting of Property of the Estate** |

**7.1   Property of the estate will vest in the debtor(s) upon entry of discharge.**

| Part 8: | **Nonstandard Plan Provisions** |

**8.1   Check "None" or List Nonstandard Plan Provisions**
- ✓ **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

| Part 9: | **Signatures:** |

**9.1   Signatures of Debtor(s) and Debtor(s)' Attorney**
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X  **/s/ Willie Earl Edward**                            X  _____
**Willie Earl Edward**                                        Signature of Debtor 2
Signature of Debtor 1

Executed on   **August 14, 2025**                          Executed on   _____

**94 Brady Ave**                                              _____
Address                                                       Address
**Port Gibson MS 39150-0000**                                 _____
City, State, and Zip Code                                     City, State, and Zip Code

Mississippi Chapter 13 Plan                                                   Page 4

| | | | |
|---|---|---|---|
| Debtor | **Willie Earl Edward** | Case number | **25-01545** |

Telephone Number                                        Telephone Number

X **/s/ Thomas C. Rollins, Jr.**                Date  **August 14, 2025**
**Thomas C. Rollins, Jr. 103469**
Signature of Attorney for Debtor(s)
**P.O. Box 13767**
**Jackson, MS 39236**
Address, City, State, and Zip Code
**601-500-5533**                                              **103469 MS**
Telephone Number                                        MS Bar Number
**trollins@therollinsfirm.com**
Email Address

**Mississippi Chapter 13 Plan**                                                    Page 5

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Modified Plan was forwarded to all other parties listed on the attached master mailing list on August 18, 2025 by first class mail and to the following parties electronically through ECF:

By Electronic CM/ECF Notice:

  Standing Chapter 13 Case Trustee

  U.S. Trustee

             <u>/s/ Thomas C. Rollins, Jr.</u>
             Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>WILLIE EARL EDWARD | CASE NO: 25-01545<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 8/18/2025, I did cause a copy of the following documents, described below,

Notice of Modified Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/18/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>WILLIE EARL EDWARD | CASE NO: 25-01545<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 8/18/2025, a copy of the following documents, described below,

Notice of Modified Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/18/2025

*/s/ Miles Wood*

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING        FAMILY CHOICE FINANCIAL INC            FAMILY CHOICE FINANCIAL INC BROOKHAVEN
NCRS ADDRESS DOWNLOAD                   CO B JOEY HOOD  II                     BRA
CASE 25-01545                           POST OFFICE BOX 759                    CO B JOEY HOOD  II
SOUTHERN DISTRICT OF MISSISSIPPI        KOSCIUSKO BRANCH                       POST OFFICE BOX 759
MON AUG 18 11-5-44 PST 2025             ACKERMAN   MS 39735-0759               ACKERMAN   MS 39735-0759


                                        EXCLUDE
(P)JEFFERSON CAPITAL SYSTEMS LLC        US BANKRUPTCY COURT                    1ST FRANKLIN
PO BOX 7999                             THAD COCHRAN US COURTHOUSE             124 MARKET PLACE
SAINT CLOUD MN 56302-7999               501 E COURT STREET                     HAZLEHURST  MS 39083-2205
                                        SUITE 2300
                                        JACKSON  MS 39201-5036


1ST FRANKLIN FINANCIAL CORPORATION      ADVANCE AMERICA                        ASPIRE CREDIT CARD
ATTN ADMIN SERVICES                     2314 IOWA BLVD                         ATTN BANKRUPTCY
PO BOX 880                              STE 200                                PO BOX 105555
TOCCOA GA 30577-0880                    VICKSBURG   MS 39180-5999              ATLANTA  GA 30348-5555


B JOEY HOOD  II                         CRANE FINANCIAL                        CREDIT ONE
B JOEY HOOD II  ATTORNEY AT LAW  PLLC   PO BOX 477                             PO BOX 98872
FOR FAMILY CHOICE FINANCIAL INC KOSCIUS KESHENA  WI 54135-0477                 LAS VEGAS  NV 89193-8872
POST OFFICE BOX 759
ACKERMAN   MS 39735-0759


EDFINANCIAL SERVICES L                  FAMILY CHOICE FINANCIAL  INC           (P)EAGLE LENDING LLC  DBA FINEDAY FUND
120 N SEVEN OAKS DRIVE                  BROOKHAVEN B                           PO BOX 457
KNOXVILLE  TN 37922-2359                710 BROOKWAY BLVD                      KESHENA WI 54135-0457
                                        BROOKHAVEN  MS 39601-2640


FIRST PREMIER BANK                      FIRST PREMIER BANK                     FLOWERING PEACH BKY  LLC
3820 N LOUISE AVE                       JEFFERSON CAPITAL SYSTEMS  LLC         PERITUS PORTFOLIO SERVICES II  LLC
SIOUX FALLS  SD 57107-0145              PO BOS 7999                            PO BOX 1149
                                        ST CLOUD MN 56302-7999                 GRAPEVINE  TX 76099-1149


GENESIS FS CARD SERV                    HAZELHURST FINANCIAL                   HEIGHTS FINANCE HOLD
ATTN BANKRUPTCY                         256 CALDWELD DR                        ATTN BANKRUPTCY
PO BOX 4477                             HAZELHURST  MS 39083-2723              PO BOX1947
BEAVERTON  OR 97076-4401                                                       GREENVILLE  SC 29602-1947


EXCLUDE
(D)(P)JEFFERSON CAPITAL SYSTEMS LLC     LENDUMO                                MERRICK BANK
PO BOX 7999                             PO BOX 542                             RESURGENT CAPITAL SERVICES
SAINT CLOUD MN 56302-7999               LAC DU FLAMBE  WI 54538-0542           PO BOX 10368
                                                                               GREENVILLE  SC 29603-0368


MERRICK BANK CORP                       MONEY KEY                              NETCREDIT
PO BOX 9201                             1000 N WEST ST                         175 W JACKSON BLVD
OLD BETHPAGE  NY 11804-9001             STE 1200                               SUITE 600
                                        WILMINGTON  DE 19801-1058              CHICAGO  IL 60604-2948
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.


(P)PORTFOLIO RECOVERY ASSOCIATES LLC    SCIL  INC                          SCOLOPAX  LLC
PO BOX 41067                            15 BULL ST SUITE 200               CO WEINSTEIN  RILEY  PS
NORFOLK VA 23541-1067                   SAVANNAH   GA 31401-2686           749 GATEWAY   SUITE G-601
                                                                           ABILENE   TX 79602-1196




SECURITY FINANCE                        SPEEDY CASH                        (P)BLUECHIP FINANCIAL D B A SPOTLOAN
ATTN BANKRUPTCY                         2312 TRINITY MILL RD               P O BOX 720
PO BOX 3146                             SUITE 100                          BELCOURT ND 58316-0720
SPARTANBURG   SC 29304-3146             CARROLLTON   TX 75006-1955




                                                                           EXCLUDE
(P)LOON LENDING LLC   DBA TODAY CASH    US DEPARTMENT OF EDUCATION         UNITED STATES TRUSTEE
PO BOX 808                              EDFINANCIAL SERVICES               501 EAST COURT STREET
KESHENA WI 54135-0808                   120 N SEVEN OAKS DR                SUITE 6-430
                                        KNOXVILLE   TN 37922-2359          JACKSON  MS 39201-5022




                                                                           EXCLUDE
WORLD ACCEPTANCE CORP                   WORLD FINANCE CORP                 (P)DAVID RAWLINGS
WORLD ACCEPTANCE CORPORATION ATTN BANKR POBOX 6429                         ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 6429                             GREENVILLE   SC 29606-6429         PO BOX 566
GREENVILLE   SC 29606-6429                                                 HATTIESBURG MS 39403-0566




EXCLUDE                                 DEBTOR
THOMAS CARL ROLLINS JR                  WILLIE EARL EDWARD
THE ROLLINS LAW FIRM  PLLC              PO BOX 58
PO BOX 13767                            PORT GIBSON  MS 39150-0058
JACKSON  MS 39236-3767
```