# Proceeding Minutes / Proceeding Memo

**Case #:**  25-01545          **Case Name:**  Willie Earl Edward

**Set:**  08/28/2025 10:00 am  **Chapter:** 13    **Type:**  bk    **Judge**  Katharine M. Samson

**matter**  Confirmation Hearing

Objection to Confirmation filed by Family Choice Financial Inc. - Brookhaven Branch (Dkt. #16) - AGREED ORDER ENTERED 8/15/25

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) An Agreed Order was entered on the Objection filed by Family Choice Financial Inc. (Dkt. #16). Confirmation hearing removed. (mcc)