UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  WILLIE EARL EDWARD

    DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-01545 KMS

## OBJECTION TO SECURED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Objection to the following Secured Claim:

HEIGHTS FINANCE
101 N MAIN ST. STE 600
GREENVILLE, SC  29601

Court Claim No. 17

Amount of Claim: $10,551.11

Trustee objects to the allowance of said Claim for the reason(s):

NO SUPPORTING DOCUMENT- TITLE.

    /s/  David Rawlings

    David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  WILLIE EARL EDWARD

    DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-01545 KMS

## NOTICE OF OBJECTION TO CLAIM

**You are hereby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case.  Your claim may be reduced, modified, or eliminated.  If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

and a copy must be served on the undersigned Debtor's attorney and the case trustee on or before thirty (30) days from the date of this notice.  In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

Dated:  September 04, 2025

*/s/  David Rawlings*

David Rawlings, Trustee
DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  WILLIE EARL EDWARD

    DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-01545 KMS

## CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U.S. Mail, postage prepaid, a true and correct copy of OBJECTION TO CLAIM (HEIGHTS FINANCE (Claim #17)) and Notice of Objection to Claim to the below parties.

Notice Provided via First Class U.S. Mail:

WILLIE EARL EDWARD
PO BOX 58
PORT GIBSON, MS  39150

HEIGHTS FINANCE
101 N MAIN ST. STE 600
GREENVILLE, SC  29601

HEIGHTS FINANCE HOLDING CO
dba FIRST HERITAGE CREDIT OF MS, LLC
PO BOX 1947
GREENVILLE, SC  29602

Service provided via Notice of Electronic Filing (NEF) through ECF system:

THOMAS C. ROLLINS, JR
UNITED STATES TRUSTEE

Dated this the 4th day of September, 2025.

/s/  David Rawlings
David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net