(5/23/2025)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

      Willie Earl Edward,                                      **CASE NO. 25-01545-KMS**

                                                                  **CHAPTER 13**

**To:** Craig A. Edelman, Authorized Agent    **cc:** First Heritage
Bonial & Associates, P.C.                                    101 N Main St. Ste 600
P.O. Box 9013                                                    Greenville SC 29601
Addison TX 75001

Heights Finance
101 N Main St. Ste 600
Greenville SC 29601

## Notice

The *Amended Proof of Claim* (**Claim 17-2**) filed by Craig A Edelman, Authorized Agent with Bonial & Associates, P.C., on September 3, 2025, has First Heritage as the current creditor (Claim Owner). Please be advised that the Claim Owner for **Claim 17-2** is Heights Finance. To change the owner of a proof of claim requires the filing of a Transfer of Claim (Official Form 210A or 210B).

Please be advised that the Claim Owner for **Claim 17 -2** remains Heights Finance pending filing a proper and formal Transfer of Claim (Official Forms 210A or 210B) with the court.

Date: September 4, 2025                                    Danny L. Miller, Clerk of Court
                                                                         Dan M. Russell, Jr. U. S. Courthouse
                                                                           2012 15th Street, Suite 244
                                                                            Gulfport, MS 39501
                                                                            228-563-1790