United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-01545-KMS
Willie Earl Edward  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Sep 04, 2025     Form ID: pdf012     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Craig A. Edelman, Authorized Agent, Bonial & Associates, P.C., P.O. Box 9013, Addison, TX 75001-9013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5559829 | + Email/Text: bankruptcy@curo.com | Sep 04 2025 19:26:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5556975 | + Email/Text: bankruptcy@curo.com | Sep 04 2025 19:26:00 | Heights Finance, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2025      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2025 at the address(es) listed below:

**Name**      **Email Address**

B. Joey Hood, II
     on behalf of Creditor Family Choice Financial Inc. cynthiah@jhoodlaw.com notices@jhoodlaw.com

B. Joey Hood, II
     on behalf of Creditor Committee Family Choice Financial Inc. -Brookhaven Branch cynthiah@jhoodlaw.com notices@jhoodlaw.com

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 04, 2025 | Form ID: pdf012 | Total Noticed: 3 |

David Rawlings
    ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
    on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Thomas Carl Rollins, Jr
    on behalf of Debtor Willie Earl Edward trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

25-01545-KMS  Dkt 28  Filed 09/06/25  Entered 09/06/25 23:38:28  Page 2 of 3

(5/23/2025)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
    Willie Earl Edward,                          CASE NO. 25-01545-KMS

                                                           **CHAPTER 13**

| | | |
|---|---|---|
| **To:** | Craig A. Edelman, Authorized Agent<br>Bonial & Associates, P.C.<br>P.O. Box 9013<br>Addison TX 75001 | **cc:** First Heritage<br>101 N Main St. Ste 600<br>Greenville SC 29601 |
| | Heights Finance<br>101 N Main St. Ste 600<br>Greenville SC 29601 | |

## Notice

The *Amended Proof of Claim* (**Claim 17-2**) filed by Craig A Edelman, Authorized Agent with Bonial & Associates, P.C., on September 3, 2025, has First Heritage as the current creditor (Claim Owner). Please be advised that the Claim Owner for **Claim 17-2** is Heights Finance. To change the owner of a proof of claim requires the filing of a Transfer of Claim (Official Form 210A or 210B).

Please be advised that the Claim Owner for **Claim 17 -2** remains Heights Finance pending filing a proper and formal Transfer of Claim (Official Forms 210A or 210B) with the court.

Date:  September 4, 2025                                    Danny L. Miller, Clerk of Court
                                                                            Dan M. Russell, Jr. U. S. Courthouse
                                                                             2012 15th Street, Suite 244
                                                                             Gulfport, MS 39501
                                                                             228-563-1790