**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| In re:  Willie Earl Edward | CHAPTER 13 |
| Debtor | CASE NO. 25-01545-KMS |

### RESPONSE TO TRUSTEE'S OBJECTION TO SECURED CLAIM

**COMES NOW**, First Heritage ("Respondent"), a creditor in the above-styled Chapter 13 bankruptcy proceeding, and files its Response to Trustee's Objection to Secured Claim [Dkt #26] as follows:

1. Respondent denies that it's claim should be disallowed.

After answering Debtor's Objection, Respondent would affirmatively state the following:

2. Prior to the Trustee's Objection to Secured Claim being filed, Respondent filed its amended Proof of Claim [Clm 17-2] that included such supporting document(s), including an Electronic Title Copy.  Attached hereto as Exhibit "A" is the actual copy of the title that was not available at that time.

3. Debtor is indebted to Respondent, and Respondent should be allowed the full amount of its proof of claim.

**WHEREFORE, PREMISES CONSIDERED**, Respondent prays that this Court will find this Response to Debtor's Objection to claim to be well taken, will deny Trustee's Objection, and grant Respondent the sum of its proof of claim.  Respondent prays for such other relief as this Court may deem proper.

Respectfully submitted,

**BENNETT LOTTERHOS SULSER**
**& WILSON, P.A.**

/s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
190 East Capitol Street, Suite 650 (39201)
Post Office Box 98
Jackson, Mississippi  39205-0098
Telephone:     (601) 944-0466
Facsimile:      (601) 944-0467
cbarbour@blswlaw.com

CERTIFICATE OF SERVICE

 I, Charles Frank Fair Barbour, do hereby certify this day that I electronically filed the above and foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

 Thomas Carl Rollins, Jr. at trollins@therollinsfirm.com

 David Rawlings at ecfnotices@rawlings13.net

 UST Trustee at USTPRegion05.AB.ECF@usdoj.gov

       /s/ Charles Frank Fair Barbour

2