## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re: Willie Earl Edward                                                                    CHAPTER 13
        Debtor                                                                CASE NO. 25-01545-KMS

### CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, First Heritage, a party to a contested matter Miss. Bankr. L.R. 9014(c) makes the following disclosures:

The following entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interests are listed below:

    a.      CURO Group Holdings Corp.

                                               Respectfully submitted,

                                               **BENNETT LOTTERHOS SULSER**
                                               **& WILSON, P.A.**

                                               /s/ Charles Frank Fair Barbour

**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi 39130
Telephone:    (601) 944-0466
Facsimile:     (601) 944-0467
cbarbour@blswlaw.com