United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                      Case No. 25-01545-KMS

Willie Earl Edward                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 23, 2025 | Form ID: n031 | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Willie Earl Edward, P.O. Box 58, Port Gibson, MS 39150-0058 |
| cr | + | Family Choice Financial Inc., c/o B. Joey Hood, II, Post Office Box 759, Kosciusko Branch, Ackerman, MS 39735-0759 |
| crcm | + | Family Choice Financial Inc. -Brookhaven Branch, c/o B. Joey Hood, II, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5525404 | + | 1st Franklin, 124 Market Place, Hazlehurst, MS 39083-2205 |
| 5532426 | + | B. Joey Hood, II, B. Joey Hood II, Attorney at Law, PLLC, For Family Choice Financial Inc. Koscius, Post Office Box 759, Ackerman, MS 39735-0759 |
| 5525410 | + | Family Choice Financial, Inc. - Brookhaven Branch, 710 Brookway Blvd, Brookhaven, MS 39601-2640 |
| 5525414 | + | Hazlehurst Financial, 256 Caldweld Dr, Hazlehurst, MS 39083-2723 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@curo.com | Sep 23 2025 19:30:00 | Heights Finance, 101 N Main St. Ste 600, Greenville, SC 29601-4846 |
| crcm | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2025 19:30:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5527620 | + | Email/Text: bankruptcy@1ffc.com | Sep 23 2025 19:30:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5525405 | + | Email/Text: bnc@teampurpose.com | Sep 23 2025 19:30:00 | Advance America, 2314 Iowa Blvd, Ste 200, Vicksburg, MS 39180-5999 |
| 5556340 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 23 2025 19:39:34 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5525406 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 23 2025 19:30:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 5525422 | | Email/Text: fwdbctl@spotloan.com | Sep 23 2025 19:30:37 | Spot Loans, PO Box 720, Belcourt, ND 58316 |
| 5525407 | + | Email/Text: Bankruptcy@CraneFinance.com | Sep 23 2025 19:30:00 | Crane Financial, P.O. Box 477, Keshena, WI 54135-0477 |
| 5525408 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 23 2025 19:39:31 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5525411 | | Email/Text: disputes@soaren-management.com | Sep 23 2025 19:30:00 | Fineday Funds, P.O. Box 457, Keshena, WI 54135 |
| 5525409 | + | Email/Text: EBN@edfinancial.com | Sep 23 2025 19:30:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5559829 | + | Email/Text: bankruptcy@curo.com | Sep 23 2025 19:30:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5545315 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2025 19:30:00 | First Premier Bank, Jefferson Capital Systems, LLC, PO Bos 7999, St. Cloud MN 56302-7999 |
| 5525412 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 23 2025 19:39:34 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

District/off: 0538-3 | User: mssbad | Page 2 of 3
Date Rcvd: Sep 23, 2025 | Form ID: n031 | Total Noticed: 42

| | | | |
|---|---|---|---|
| 5541595 | + Email/Text: peritus@ebn.phinsolutions.com | Sep 23 2025 19:30:00 | Flowering Peach BKY, LLC, Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 5525413 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 23 2025 19:30:00 | Genesis FS Card Serv, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5559040 | Email/Text: bankruptcy@huntingtonmgt.com | Sep 23 2025 19:30:00 | Huntington National Management LLC, P.O Box 1158, Hamburg, NY 14075 |
| 5556975 | + Email/Text: bankruptcy@curo.com | Sep 23 2025 19:30:00 | Heights Finance, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5525415 | + Email/Text: bankruptcy@curo.com | Sep 23 2025 19:30:00 | Heights Finance Hold, Attn: Bankruptcy, Po Box1947, Greenville, SC 29602-1947 |
| 5543572 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 23 2025 19:30:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5525423 | Email/Text: Bankruptcy@Todaycash.com | Sep 23 2025 19:30:00 | Today Cash, P.O. Box 808, Keshena, WI 54135 |
| 5525416 | + Email/Text: mail@ldf-holdings.com | Sep 23 2025 19:30:00 | Lendumo, P.O. Box 542, Lac Du Flambe, WI 54538-0542 |
| 5531499 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 23 2025 19:39:30 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5525417 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 23 2025 19:39:34 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5549072 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 23 2025 19:30:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5525418 | + Email/Text: bankruptcy@moneykey.com | Sep 23 2025 19:30:00 | Money Key, 1000 N. West St, Ste 1200, Wilmington, DE 19801-1058 |
| 5525419 | + Email/Text: netcreditbnc@enova.com | Sep 23 2025 19:30:33 | NetCredit, 175 W Jackson Blvd, Suite 600, Chicago, IL 60604-2948 |
| 5537898 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 23 2025 19:39:31 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5526303 | + Email/Text: bkinfo@ccfi.com | Sep 23 2025 19:30:00 | SCIL, INC, 15 Bull St. Suite 200, Savannah, GA 31401-2686 |
| 5544316 | + Email/Text: bncmail@w-legal.com | Sep 23 2025 19:30:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5525420 | + Email/Text: Bankruptcy.Noticing@Security-Finance.com | Sep 23 2025 19:30:00 | Security Finance, Attn: Bankruptcy, Po Box 3146, Spartanburg, SC 29304-3146 |
| 5525421 | + Email/Text: bkinfo@ccfi.com | Sep 23 2025 19:30:00 | Speedy Cash, 2312 Trinity Mill Rd, Suite 100, Carrollton, TX 75006-1955 |
| 5534396 | + Email/Text: EBN@edfinancial.com | Sep 23 2025 19:30:00 | US Department of Education, Edfinancial Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |
| 5536900 | + Email/Text: bk@worldacceptance.com | Sep 23 2025 19:30:30 | World Acceptance Corp., World Acceptance Corporation Attn: Bankr, PO Box 6429, Greenville, SC 29606-6429 |
| 5525424 | + Email/Text: bk@worldacceptance.com | Sep 23 2025 19:30:37 | World Finance Corp, P.O.Box 6429, Greenville, SC 29606-6429 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Sep 23, 2025 | Form ID: n031 | Total Noticed: 42 |

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2025  Signature:  _/s/Gustava Winters_

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. cynthiah@jhoodlaw.com  notices@jhoodlaw.com |
| B. Joey Hood, II | on behalf of Creditor Committee Family Choice Financial Inc. -Brookhaven Branch cynthiah@jhoodlaw.com  notices@jhoodlaw.com |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Willie Earl Edward trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01545−KMS
**Chapter:** 13

**In re:**

Willie Earl Edward
aka Willie E Edwards
P.O. Box 58
Port Gibson, MS 39150

---

Notice of Entry of Order Confirming Plan

The Court entered an Order on September 23, 2025 (Dkt. # 31 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 23, 2025

Danny L. Miller, Clerk of Court