___



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: October 14, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re:  Willie Earl Edward                                                                      CHAPTER 13
      Debtor                                                                             CASE NO. 25-01545-KMS

## AGREED ORDER
## WITHDRAWING OBJECTION CLAIM [Dkt #26]

**CAME BEFORE THIS COURT** on the Objection to claim and the Response filed thereto by First Heritage ("Respondent") [Dkt. #32], and the Court, based upon the agreement of the parties, finds that the parties agree as follows:

1. Respondent possesses a valid claim against Debtor which is evidenced by a timely filed proof of claim.

2. The Objection to claim [Dkt #26] is hereby withdrawn.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Objection to claim is hereby withdrawn.

##END OF ORDER##

Submitted by:
**Charles Frank Fair Barbour, MSB # 99520**
BENNETT LOTTERHOS SULSER
& WILSON, P.A.
221 Sunnybrook Road, Suite B (Ridgeland, MS 39157)
Post Office Box 1488
Madison, Mississippi  39130
Telephone:     (601) 944-0466
Facsimile:       (601) 944-0467
cbarbour@blswlaw.com

2

Agreed and Approved:


/s/ Charles Frank Fair Barbour
Charles Frank Fair Barbour
Attorney for Respondent


/s/Samuel J. Duncan, Atty for

David Rawlings
Bankruptcy Trustee