United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 25-01545-KMS

Willie Earl Edward                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 15, 2026 | Form ID: n001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Willie Earl Edward, P.O. Box 58, Port Gibson, MS 39150-0058 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5527620 | + | Email/Text: bankruptcy@1ffc.com | Jan 15 2026 19:19:00 | 1st Franklin Financial Corporation, ATTN: Admin Services, PO BOX 880, Toccoa GA 30577-0880 |
| 5611465 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 15 2026 19:31:04 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026       Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. cynthiah@jhoodlaw.com  notices@jhoodlaw.com |
| B. Joey Hood, II | on behalf of Creditor Family Choice Financial Inc. -Brookhaven Branch cynthiah@jhoodlaw.com  notices@jhoodlaw.com |
| Charles F. F. Barbour | |

District/off: 0538-3                     User: mssbad                          Page 2 of 2
Date Rcvd: Jan 15, 2026                  Form ID: n001                         Total Noticed: 3

on behalf of Creditor First Heritage cbarbour@blswlaw.com

David Rawlings
                    ecfnotices@rawlings13.net  sduncan@rawlings13.net

David Rawlings
                    on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net

Thomas Carl Rollins, Jr
                    on behalf of Debtor Willie Earl Edward trollins@therollinsfirm.com
                    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
                    nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                    USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Willie Earl Edward

**Case No.:**25−01545−KMS

**Chapter** 13

**To:**  Assignee/Transferee

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603−0587

**To:**  Assignor/Transferor

1st Franklin Financial Corporation
ATTN: Admin Services
PO BOX 880
Toccoa GA 30577

## Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that 1st Franklin Financial Corporation has assigned/transferred its claim in the amount of $1,188.88 to LVNV Funding LLC.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **February 5, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: January 15, 2026

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201

601−608−4600